**SHAPIRO, DICARO & BARAK, LLC**
Attorneys for Tower Capital Management, LLC as
Servicer for NYCTL 1998-2 TRUST successor in interest
to NYCTL 2010-A TRUST and The Bank of New York
Mellon as Collateral Agent and Custodian
One Huntington Quadrangle, Suite 3N05
Melville, NY 11747
Telephone: (631) 844-9611, Fax: (631) 844-9525
**Shari S. Barak**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

| | |
|---|---|
| IN RE | CHAPTER 13 |
| SHABAN SEFERI | CASE NO. 15-45198 |
| DEBTOR | |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that the undersigned appears as counsel for Tower Capital Management, LLC as Servicer for NYCTL 1998-2 TRUST successor in interest to NYCTL 2010-A TRUST and The Bank of New York Mellon as Collateral Agent and Custodian, a creditor and a party in interest, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the post office address and telephone and facsimile number set forth below.

Dated: 12/8/15

Respectfully Submitted,

/s/ Shari S. Barak

Shari S. Barak
Managing Attorney
Shapiro, DiCaro & Barak, LLC
Attorneys for Tower Capital Management, LLC as Servicer for NYCTL 1998-2 TRUST successor in interest to NYCTL 2010-A TRUST and The Bank of New York Mellon as Collateral Agent and Custodian
One Huntington Quadrangle, Suite 3N05
Melville, NY  11747
Telephone: (631) 844-9611
Fax: (631) 844-9525

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

| IN RE | CHAPTER 13 |
|---|---|
| SHABAN SEFERI | CASE NO. 15-45198 |
| DEBTOR | |

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                                     )ss:
COUNTY OF SUFFOLK )

I, Samantha Leddy, being sworn, say, I am not a party to this action; I am over 18 years of age, I reside in Suffolk, New York.

On Dec 8, 2015 I served the within Notice of Appearance upon:

TO:    Debtor
         Shaban Seferi
         85A Oxford Place a/k/a 75 Oxford Place
         Staten Island, NY 00000

         Attorney for Debtor
         Amy Berkowitz-Ortiz
         1225 Franklin Avenue
         Suite 325
         Garden City, NY 11530

         Trustee
         Marianne DeRosa
         Standing Chapter 13 Trustee
         115 Eileen Way
         Suite 105
         Syosset, NY 11791

         US Trustee
         U.S. Trustee
         U.S. Federal Office Building
         201 Varick Street, Room 1006
         New York, NY 10014

13-026845 - BK0

at the addresses designated by the foregoing individuals for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

*Samantha Leddy*
Samantha Leddy
Bankruptcy Paralegal
SHAPIRO, DICARO & BARAK, LLC
Attorneys for NYCTL 1998-2 TRUST
successor in interest to NYCTL 2010-A
TRUST and The Bank of New York Mellon
as Collateral Agent and Custodian
175 Mile Crossing Boulevard
Rochester, New York 14624
Telephone: (585) 247-9000
Fax: (585) 247-7380

Sworn to before me this
8th day of December, 2015

*Deborah Callahan*
Notary Public

DEBORAH CALLAHAN
Notary Public, State of New York
Registration No. 01-CA6278202
Qualified in Suffolk County
Commission Expires 3/18 2017

13-026845 - BK0